UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Oscar Padilla Gonzalez,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-02854-CDS-MDC<br>**Order Granting Petitioner's Motion to Extend Time**<br>[ECF No. 6] |

Petitioner Oscar Padilla Gonzalez's counsel seeks an eight-day extension of time to file an amended petition for writ of habeas corpus. ECF No. 6. Counsel represents that additional time is necessary due to the respondents' failure to provide the petitioner's immigration records as ordered on September 10, 2026. *Id.* Based on counsel's representations, I find good cause to grant the requested extension.

It is therefore ordered that the petitioner's motion to extend time to file an amended petition **[ECF No. 6] is GRANTED** nunc pro tunc. An amended petition is due by October 9, 2026. The respondents must file a response within fourteen days after being served with the amended petition. The petitioner will have five days to file a reply.

Dated: October 5, 2026

Cristina D. Silva
United States District Judge